UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE<br><br>DAVID L. GADIS<br><br>    Debtor(s) | Chapter 13<br>Case NO. 23-13016-LSS |
| ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC F/K/A QUICKEN LOANS INC.<br>635 Woodward Ave.<br>Detroit, MI 48226<br><br>    Movant<br>v.<br><br>David L. Gadis<br>509 Halliard Lane<br>Oxon Hill, MD 20745<br><br>and<br><br>Ylanda Gadis<br>7842 Preservation Dr.<br>Indianapolis, IN 46278<br><br>    Respondent(s) | Motion No. |

## **NOTICE OF DEFAULT**

    Now comes Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., the movant, and state as follows:

The Movant is the holder of the Deed of Trust on the real property and improvements with a legal description of "Land situated in the County of Marion in the State of IN

LOT NUMBERED 29 IN THE PERSERVE AT EAGLE CREEK ESTUARY, SECTION TWO, AN ADDITION TO THE CITY OF INDIANAPOLIS, AS PER PLAT THEREOF RECORDED, MAY 14, 2003, AS INSTRUMENT #2003-0099863, IN THE OFFICE OF THE RECORDER OF MARION COUNTY, INDIANA.
Commonly known as: 7842 Preservation Dr, Indianapolis, IN 46278-9543",
also known as 7842 Preservation Dr, Indianapolis, IN 46278

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
23-000774-IN-B-12

1. Pursuant to the terms of the Consent Order entered in the above reference matter, the Debtor was to make a payment of $3,365.37 (said payment represents the regular mortgage payment to the Movant on June 1, 2024 - August 1, 2024.

2. Pursuant to the terms of the Consent Order entered in the above referenced matter, the Debtor was to make a payment to the Movant of $2,892.84 on 05/15/2024 - 07/15/2024.

3. The Debtor did not make the above referenced payments and is in default under the terms of the Consent Order.

4. Pursuant to the terms of the Consent Order, unless the Debtor cures this default within Ten (10) days from the mailing of this notice, in total by tendering the sum of $16,392.69 (includes 3 payments of $3,365.37 on 06/01/2024 - 08/01/2024, 3 payments of $2,892.84 on 05/15/2024 - 07/15/2024, attorney`s fees of $100.00, minus suspense balance of $2,481.94 and costs) in certified funds, the automatic stay shall be terminated, and the Movant shall be free to commence a foreclosure proceeding on the real property and improvements described in the Deed of Trust securing the Movant.

5. All payments to the Movant should be made to:

Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a
Quicken Loans Inc.
635 Woodward Ave.
Detroit, MI 48226

Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

 /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Default will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, Trustee
Jeffrey M. Sirody, Esquire

I hereby further certify that on the 12th day of August, 2024, a copy of the foregoing Notice of Default was also mailed first class mail, postage prepaid to:

David L. Gadis
509 Halliard Lane
Oxon Hill, MD 20745

Ylanda Gadis
7842 Preservation Dr.
Indianapolis, IN 46278

      /s/ Mark D. Meyer
    Mark D. Meyer, Esq.